1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   CHRISTOPHER LANGLEY,                    No.  2:  17-cv-0760 GEB KJN P

12                Plaintiff,

13         v.

14   FRANK DOMEIER, et al.,

15                Defendants.

16
     DEREK CONNER,                           No.  2: 17-cv-1830 TLN DB P
17
                  Plaintiff,
18
           v.
19
     PLACER COUNTY, et al.,
20
                  Defendants.
21

22   CHRISTOPHER M. KERSHNER,                No.  2: 17-cv-2312 MCE GGH P

23                Plaintiff,

24         v.

25   PLACER COUNTY, et al.,

26                Defendants.

27

28
                                            1

| | |
|---|---|
| BRENDAN COLEMAN, | No. 2: 17-cv-1579 WBS CKD P |
| Plaintiff, | |
| v. | |
| PLACER COUNTY, et al., | |
| Defendants. | |

| | |
|---|---|
| BEAU BANGERT, | No. 2: 17-cv-1667 MCE GGH P |
| Plaintiff, | |
| v. | |
| PLACER COUNTY, et al., | <u>ORDER</u> |
| Defendants. | |

On November 7, 2017, counsel for plaintiff in 2: 17-cv-760, Patrick Dwyer, filed a notice to relate the above entitled cases. (ECF No. 34.) Mr. Dwyer is plaintiff's counsel in all cases but for 2:17-cv-1667 P.

Accordingly, IT IS HEREBY ORDERED that:

1. Within fourteen days of the date of this order, counsel for plaintiff in 17-cv-1667 and counsel for defendants in the above-entitled cases shall inform the court whether they have any opposition to relating these cases;

2. The Clerk of the Court shall serve the instant order on all counsel in the above entitled cases.

Dated: November 14, 2017

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Lang760.rel