1  Patrick H. Dwyer, SBN 137743
2  P.O. Box 1705
   Penn Valley, CA 95946
3  Tel: (530) 432-5407; Fax: (530) 432-9122
   Email: pdwyer@pdwyerlaw.com
4  Attorney for Plaintiff Derek Conner

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Derek Conner, an individual,<br>   Plaintiff<br>      v.<br>Placer County, California, a county government and operator of the Placer County Sheriff's Office; and the following persons as individuals and in their capacity as officials, employees or contractors of Placer County:<br>Devon Bell; Jeffrey Villanueva; Sgt. Ervin; and Does 1 through 40,<br>   Defendants. | CASE NO.: 2:17-CV-001830-TLN-DB<br><br>**NOTICE OF SETTLEMENT PURSUANT TO FRCP 16 AND LR 160** |

    Pursuant to FRCP 16 and LR 160, Plaintiff Derek Conner hereby notices the Court of the settlement of all claims in exchange for payment by Defendants of the agreed upon sum, plus reasonable attorney's fees and costs.

    The parties have yet to agree upon the amount of attorney's fees. If the parties are unable to reach agreement by December 6, 2018, the parties request leave to submit the attorney's fee matter to the court for resolution.

1  \\\
2
3
4  Date: November 17, 2017                    Respectfully,
5
6                                             By: /s/ Patrick H. Dwyer
                                              Patrick H. Dwyer, SBN 137743
7                                             P.O. Box 1705; 17318 Piper Lane
                                              Penn Valley, CA  95946
8                                             Tel: (530) 432-5407
                                              Fax: (530) 432-9122
9                                             pdwyer@pdwyerlaw.com