Patrick H. Dwyer, SBN 137743
P.O. Box 1705
Penn Valley, CA 95946
Tel: (530) 432-5407; Fax: (530) 432-9122
Email: pdwyer@pdwyerlaw.com
Attorney for Plaintiff Derek Conner

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Derek Conner, an individual,<br><br>    Plaintiff<br><br>         v.<br><br>Placer County, California, a county government and operator of the Placer County Sheriff's Office; and the following persons as individuals and in their capacity as officials, employees or contractors of Placer County:<br><br>Devon Bell; Jeffrey Villanueva; Sgt. Ervin; and<br><br>Does 1 through 40,<br><br>    Defendants. | CASE NO.: 2:17-CV-001830<br><br>NOTICE OF MOTION AND MOTION FOR ATTORNEY'S FEES PURSUANT TO FRCP 68 SETTLEMENT<br><br>Date: January 11, 2018<br><br>Time: 10:00 am<br><br>Location: Courtroom 25, 8th floor<br><br>The Honorable Kendall J. Newman |

   To: Defendants Placer County, Devon Bell ("Bell"), Jeffrey Villanueva ("Villanueva"), and Sgt. Ervin ("Ervin"), (collectively "Defendants"), Plaintiff Derek Conner ("Plaintiff") hereby moves this Court to determine the amount of attorney's fees to be awarded pursuant to the FRCP 68 Settlement (ECF 15) in this action. ("Motion").

   Plaintiff hereby gives Notice of Hearing for January 11, 2018, at 10:00 am in Courtroom # 25 of the United States District Court For The Eastern District Of California, 501 I Street, Sacramento, CA 95814, tel. 916-930-4000.

This Motion is based upon this Notice and Motion, the accompanying Memorandum In Support of the Motion, the Declaration of Patrick H. Dwyer, the Declaration of Mark E. Merin, and all of the documents currently on file with the Court, and such other documentary and oral argument as may be presented at the time of hearing of this motion.

///

Dated: December 8, 2017                    Respectfully,

By: /s/ Patrick H. Dwyer
Patrick H. Dwyer, SBN 137743
P.O. Box 1705; 17318 Piper Lane
Penn Valley, CA  95946
Tel: (530) 432-5407
Fax: (530) 432-9122
pdwyer@pdwyerlaw.com