UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LANGLEY,<br><br>    Plaintiff,<br><br>  v.<br><br>FRANK DOMEIER, et al.,<br><br>    Defendants. | No. 2: 17-cv-0760 GEB KJN P |
| DEREK CONNER,<br><br>    Plaintiff,<br><br>  v.<br><br>PLACER COUNTY, et al.,<br><br>    Defendants. | No. 2: 17-cv-1830 GEB KJN P |
| CHRISTOPHER M. KERSHNER,<br><br>    Plaintiff,<br><br>  v.<br><br>PLACER COUNTY, et al.,<br><br>    Defendants. | No. 2: 17-cv-2312 GEB KJN P |

| | |
|---|---|
| BRENDAN COLEMAN, | No. 2: 17-cv-1579 GEB KJN P |
| Plaintiff, | |
| v. | |
| PLACER COUNTY, et al., | |
| Defendants. | |
| BEAU BANGERT, | No. 2: 17-cv-1667 GEB KJN P |
| Plaintiff, | |
| v. | |
| PLACER COUNTY, et al., | ORDER |
| Defendants. | |

On January 23, 2018, the undersigned issued a scheduling order for the above-entitled cases. On January 30, 2018, the parties filed objections to the jury trial dates contained in the scheduling order. Good cause appearing, the undersigned herein resets the jury trials based on the dates proposed by the parties in the objections.

Accordingly, IT IS HEREBY ORDERED that:

1. The jury trial for <u>Langley v. Placer County</u>, 17-cv-760 GEB KJN P, is reset to December 1, 2020, at 9:00 a.m., before the Honorable Garland E. Burrell;

2. The jury trial for <u>Kershner v. Placer County</u>, 17-cv-2312 GEB KJN P is reset to February 9, 2021, at 9:00 a.m., before the Honorable Garland E. Burrell;

3. The jury trial for <u>Coleman v. Placer County</u>, 17-cv-1579 GEB KJN P is reset to April 20, 2021, before at 9:00 a.m., before the Honorable Garland E. Burrell;

4. The jury trial for <u>Bangert v. Placer County</u>, 17-cv-1667 GEB KJN P is reset to July 13, 2021, at 9:00 a.m., before the Honorable Garland E. Burrell.

Dated: February 2, 2018

Lang760.obj

kc

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE