PLACER COUNTY COUNSEL'S OFFICE
Brett D. Holt (SBN: 133525)
bholt@placer.ca.gov
Julia M. Reeves (SBN: 241198)
jreeves@placer.ca.gov
175 Fulweiler Avenue
Auburn, CA 95603
Telephone: (530) 889-4044
Facsimile:  (530) 889-4069

Blake P. Loebs (SBN: 145790)
bloebs@meyersnave.com
David Mehretu (SBN: 269398)
dmehretu@meyersnave.com
Robert S. Moutrie (SBN: 295250)
rmoutrie@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, California 94607
Telephone: (510) 808-2000
Facsimile:  (510) 444-1108

Attorneys for Defendants PLACER COUNTY,
DEVON BELL and WILLIAM ERVIN

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

| | |
|---|---|
| DEREK CONNER, an individual,<br><br>       Plaintiff,<br><br>v.<br><br>PLACER COUNTY, CALIFORNIA, a county government and operator of the Placer County Sheriff's Office, and the following persons as individuals and in their capacity as officials, employees or contractors of PLACER COUNTY:  DEVON BELL, JEFFREY VILLANUEVA, SGT. ERVIN and DOES 1 through 40,<br><br>       Defendants. | Case No. 2: 17-cv-1830 TLN-KJN P<br><br>**STIPULATION AND [PROPOSED] ORDER FOR AGREED VOLUNTARY DISMISSAL OF DEFENDANTS** |

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff Derek Conner ("Plaintiff") and Defendants Devon M. Bell, Sgt. William Ervin, Jeffrey Villanueva, and Placer County ("Defendants"), have entered into a Settlement Agreement and Full and Final Release. Plaintiff has received payment in full under the Settlement Agreement. Accordingly, Plaintiff and Defendants hereby stipulate to the dismissal of Defendants from this action, with prejudice. This stipulation dismisses all Defendants in this action and thereby terminates the above-entitled action.

DATED: February 23, 2018          MEYERS, NAVE, RIBACK, SILVER & WILSON

By: /s/ Blake P. Loebs
Blake P. Loebs
Attorneys for Defendants PLACER COUNTY, DEVON BELL and WILLIAM ERVIN

DATED: February 23, 2018          PORTER SCOTT

By: /s/ Carl L. Fessenden (as authorized on 2/23/2018)
Carl L. Fessenden
Attorneys for Defendant
JEFFREY VILLANUEVA

DATED: February 22, 2018          LAW OFFICE OF PATRICK H. DWYER

By: [signature]
Patrick H. Dwyer
Attorneys for Plaintiff
DEREK CONNER

1
STIPULATION AND [PROPOSED] ORDER FOR VOLUNTARY DISMISSAL OF DEFENDANTS

**ORDER**

IT IS HEREBY ORDERED:

The stipulation is approved. The entire action, including all claims, is DISMISSED WITH PREJUDICE.

DATE: _____

                                              Hon. Troy L. Nunley
                                              United States District Court Judge

2926227.1